IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

SHAWN MONPER

Magistrate No. 25-624
**[UNDER SEAL]**

MOTION FOR ARREST WARRANT
BASED UPON A CRIMINAL COMPLAINT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Brendan J. McKenna, Assistant United States Attorney for said District, and, pursuant to Rule 4 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant, SHAWN MONPER, upon the grounds that a Criminal Complaint has been made under oath in the above-captioned criminal case, establishing probable cause that the defendants committed violations of Title 18, United States Code, Section 115(a)(1)(B).

Recommended bond:   Detention.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

By:   */s/ Brendan J. McKenna*
BRENDAN J. MCKENNA
Assistant United States Attorney
PA ID No. 314315