IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

SHAWN MONPER

Magistrate No. 25-624
**[UNDER SEAL]**

O R D E R

AND NOW, to wit, this 9th day of April 2025, upon consideration of the Motion for Arrest Warrant based upon a Criminal Complaint, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of defendant SHAWN MONPER.

Bond shall be set by the United States Magistrate Judge.

_____
HON. CHRISTOPHER B. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:  United States Attorney