IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )   Cr. No. 2:25 cr 121
        vs. )
      )   Judge W. Scott Hardy.
Shawn Monper )   Magistrate Judge Maureen Kelly

### MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

1:05pm - 1:13pm

Defense Counsel: Jeff Carr

Government: Nicole Stockey

1.  Date of Arraignment: 5/8/25

2.  Defendant is: ___✓___ incarcerated.
    _____ on bond.

3.  Defendant entered a plea of _ not guilty _.

4.  The parties were advised that all pretrial motions must filed within forty-five (45) days.

5.  A Rule 16 conference: _____ has been held.
    ___X___ has not been held.

6.  Discovery is _____ completed ___X___ not completed.

7.  Defendant has requested to be tried by: ___X___ Jury
    _____ Non-Jury

8.  All parties have been advised that the matter:

    _____ has been scheduled for trial for _____.

    _____ has not been scheduled for trial.

    ___✓___ has not been scheduled for trial, but will be notified.

9.  Estimated trial length: 4 days .

10. Defendant: ___✓___ has been processed by U.S. Marshal.

    _____ has not been processed by U.S. Marshal, but has been advised to be processed.

_____
Maureen P. Kelly
United States Magistrate Judge